IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EVA B. VALAI-PALOTAY                                                               PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:06CV155-P-B

DON CLUFF, et al                                                                   DEFENDANTS

### ORDER

This cause is before the Court on the plaintiff's Appeal of Magistrate's Order. The Court, having reviewed the application, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the issues raised in plaintiff's appeal from the Magistrate's May 19, 2006 Order transferring this action to the United States District Court for the Central District of California do not leave this Court with a definite conviction that "a mistake has been committed." As it is not evident that the Magistrate's order was clearly erroneous or contrary to law, the Magistrate's decision should be affirmed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Magistrate's May 19, 2006 Order should be, and hereby is, AFFIRMED.

SO ORDERED, this the 28th day of August, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE